UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

***MINUTE ENTRY***:
NOVEMBER 2, 2012
JACKSON, C. J.

KENNETH HALL

VERSUS

STATE OF LOUISIANA, ET AL

CIVIL ACTION

NO. 12-657-BAJ-DLD

This matter came this day for hearing on the Plaintiff's request for a preliminary injunction.

    PRESENT:  Ronald R. Johnson, Esq.
                     Joel G. Porter, Esq.
                     Stephen M. Irving, Esq.
                     Counsel for plaintiff, Kenneth Hall

                     Patricia Hill Wilton, Esq.
                     Counsel for defendants,
                        State of Louisiana, Governor Jindal,
                        and Attorney General James Caldwell

                     Wade Shows, Esq.
                     Grant J. Guillot, Esq.
                     Mary Ann White, Esq.
                     Counsel for defendant,
                        City of Baton Rouge and
                        Parish East Baton Rouge

For the reasons read into the record, the Court finds that it has proper jurisdiction in this matter.

The Court concludes that the Plaintiff satisfactorily demonstrated a likelihood of success on the merits of the underlying claims. However, the Court

further concludes that the Plaintiff failed to prove a substantial threat of irreparable injury if a preliminary injunction is not granted.

Accordingly, the Court finds that the Plaintiff failed to meet the elements required for the issuance of a preliminary injunction at this time.

This matter is referred to the Magistrate Judge for a scheduling conference.

\* \* \* \* \*

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

cv13b: 4