UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**KENNETH HALL**

    *Plaintiff,*

v.

**STATE OF LOUISIANA,
PIYUSH ("BOBBY") JINDAL,**
in his official capacity as Governor
of the State of Louisiana,
**JAMES "BUDDY" CALDWELL,** in
his official capacity as Attorney General,
**TOM SCHEDLER,** in his official
capacity as the Louisiana Secretary of State,
**CITY OF BATON ROUGE,
PARISH OF EAST BATON ROUGE,
BATON ROUGE CITY COURT,** and
**JUDGES SUSAN PONDER, ALEX WALL,
AND LAURA DAVIS**

    *Defendants.*

**CIVIL ACTION NO.: 3:12-cv-657
BAJ/MJU**

---

## PLAINTIFF KENNETH HALL'S MOTION TO DISQUALIFY COUNSEL

**NOW INTO COURT**, comes Plaintiff, Kenneth Hall, through undersigned counsel and on suggesting that for reasons shown in the accompanying memorandum, Christina Berthelot Peck, who is listed as lead counsel in this matter for the City of Baton Rouge, the Parish of East Baton Rouge and the Baton Rouge City Court is a material witness and has a conflict of interest and should be disqualified from appearing herein as counsel.  Mover moves for the entry of an order disqualifying Christina Berthelot Peck from appearing herein as counsel.

                                           **RESPECTFULLY SUBMITTED:**

                                           *The Law Office of Ronald R. Johnson*

                                           _s/ *Ronald R. Johnson*_____
                                           Ronald R. Johnson (La Bar Roll No. 14402)

Law Offices of Ronald R. Johnson
5550 North Foster Drive
Baton Rouge, Louisiana 70805
Telephone: (225) 356-3408
Facsimile: (225) 356-4438
ronaldjohnson@bellsouth.net

Stephen M. Irving (La Bar Roll No. 7170)
Steve Irving, LLC
111 Founders Drive
Baton Rouge, Louisiana 70810
Telephone: (225) 752-2688
Facsimile: (225) 752-2663
steve@SteveIrvingLLC.com

Joel G. Porter (La Bar Roll 21825)
Attorney at Law
1208 Julia Street
Baton Rouge, Louisiana 70802
Telephone: (225) 978-1955
Facsimile: (225) 456-2886
Joel9962@gmail.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 7th day of January, 2013, a true and correct copy of the foregoing "Plaintiff Kenneth Hall's Motion to Disqualify Counsel" was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all counsel of record.

Baton Rouge, Louisiana, this 7th day of January, 2013.

　　　　　　　　　　　　　　　　　　__/s/ *Ronald R. Johnson*_____
　　　　　　　　　　　　　　　　　　**RONALD R. JOHNSON**