UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KENNETH HALL                                    CIVIL ACTION

VERSUS

STATE OF LOUISIANA, ET AL.                      NO.: 12-00657-BAJ-
                                                RLB

ORDER

Before the Court is **Plaintiff's Motion to Certify Case As A Class Action (Doc. 58)**, filed by Plaintiff Kenneth Hall ("Hall"), seeking an order from this Court certifying the above-captioned matter as a class action.

The Court acknowledges that the Local Rules of the United States District Court for the Middle District of Louisiana required Hall to file the instant motion within ninety days of filing the Complaint. *See* Local Rule 23.1. However, after reviewing the record in this matter, the Court concludes that, at this stage of the litigation, Hall's motion for class certification is premature.

Accordingly,

**IT IS ORDERED** that **Plaintiff's Motion to Certify Case As A Class Action (Doc. 58)** is **DENIED** without prejudice to Hall's right to re-file the

motion after the Court has issued its rulings on the pending dispositive motions, if necessary.

Baton Rouge, Louisiana, this 19th day of September, 2013.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

Case 3:12-cv-00657-BAJ-RLB   Document 172   09/19/13   Page 2 of 2