UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**KENNETH HALL**
*Plaintiff,*
and

**BYRON SHARPER**
*Plaintiff-Intervenor*,

**v.**

CIVIL ACTION NO.: 3:12-cv-657
BAJ/RLB

**STATE OF LOUISIANA, et al**

*Defendants.*

## MOTION TO DISMISS DEFENDANT JUDGE LAURA DAVIS, JUDGE SUZAN PONDER AND JUDGE ALEX WALL

**NOW BEFORE** the Court comes Intervenor Byron Sharper and on suggesting to the Court that the Court has previously dismissed defendants Judge Laura Davis, Judge Suzan Ponder and Judge Alex Wall from the main demand in this proceeding (Docket No. 177) and on further suggesting to the Court that Intervenor Byron Sharper desires to dismiss the claims asserted against the same parties in his Complaint in Intervention.

**WHEREFORE**, Plaintiff-Intervenor Byron Sharper, moves that the Complaint in Intervention be dismissed as to defendants Judge Laura Davis, Judge Suzan Ponder and Judge Alex Wall.

**RESPECTFULLY SUBMITTED:**

 s/ *Ronald R. Johnson*
Ronald R. Johnson (La Bar Roll No. 14402)
Law Offices of Ronald R. Johnson
5550 North Foster Drive
Baton Rouge, Louisiana 70805
Telephone: (225) 356-3408
Facsimile: (225) 356-4438
ronaldjohnson@bellsouth.net

Stephen M. Irving (La Bar Roll No. 7170)
Steve Irving, LLC
111 Founders Drive
Baton Rouge, Louisiana 70810
Telephone: (225) 752-2688
Facsimile: (225) 752-2663
steve@SteveIrvingLLC.com

Joel G. Porter (La Bar Roll 21825)
Attorney at Law
1208 Julia Street
Baton Rouge, Louisiana 70802
Telephone: (225) 978-1955
Facsimile: (225) 456-2886
Joel9962@gmail.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 10th day March, 2014, a true and correct copy of the foregoing Motion to Dismiss was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent by operation of the Court's electronic filing system to all counsel of record.

Baton Rouge, Louisiana, this 10th day of March, 2014.

__/s/ *Ronald R. Johnson*_____
**RONALD R. JOHNSON**

2