UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**KENNETH HALL**
    *Plaintiff,*
and

**BYRON SHARPER**
    *Plaintiff-Intervenor*,

**v.**

CIVIL ACTION NO.: 3:12-cv-657
BAJ/RLB

**STATE OF LOUISIANA, et al**

    *Defendants.*

### PLAINTIFFS' STATEMENT OF UNCONTESTED MATERIAL FACTS

**NOW INTO COURT**, through undersigned counsel, come Plaintiff Kenneth Hall and Plaintiff-Intervenor Byron Sharper, who, pursuant to Local Rule 56.1, state that there is no disputed issue to be tried with respect to the following material facts.

1. The Fourteenth Amendment provides that "no person shall be denied the equal protection of the laws."

2. The Fifteenth Amendment provides that the "right of citizens to vote shall not be denied or abridged by any State on the basis of race or color."

3. Baton Rouge City Court elects five judges from Divisions A, B, C, D and E.

4. The Judicial Election Plan and/or Act 609 is codified at LSA-R.S. §13:1952 Section 1(4)(a) (b) and (c).

5. Act 609 created two sub-districts, Election Section 1 and Election Section 2 based on an allocation of 60%/40%.

6. In 1993, African Americans constituted 43.89% of the City of Baton Rouge's total population.

7. Election Section 1 was a majority-majority subdistrict, electing three judges (Divisions A, C, and E).

8. Election Section 2 was a majority-minority sub-district, electing two judges (Divisions B and D).

9. Plaintiff Kenneth Hall resides and votes in Election Section 2.

10. All candidates elected as judge in Election Section 2, since 1993, were White.

11. Plaintiff-Intervenor Byron Sharper resides and votes in Election Section 1.

12. All candidates elected as judge in Election Section 1, since 1993, were African American.

13. The 2000 United States Census showed that the total population of the City of Baton Rouge, Louisiana was 227,818 persons with an African American population of 113,953 or 50.2% of the total population. The population of White persons not Hispanics was 104,117 or 45.7%. The African American voting age population of Baton Rouge, Louisiana was less than 50% of the total voting age population in 2000.

14. The 2010 United States Census showed that the total population of the City of Baton Rouge, Louisiana was 229,493 persons with an African American population of 125,155 or 53.4% of the total population. The population of White persons not Hispanic was 86,938 or 38.6% of the City of Baton Rouge. The African American voting age population of Baton Rouge, Louisiana was more than 50% of the total voting age population.

15. Beginning in 1986, the State of Louisiana's system for the election of judges was alleged to violate the Voting Rights Act. *Clark v. Edwards*, 725 F. Supp. 285 (M.D. La. 1988.

16. Section 2 of the Voting Rights Act applies to every election in which registered voters are permitted to vote. *Chisom v. Edwards*, 839 F.2d 1056, 1064 (5th Cir. 1988).

17. The State of Louisiana has a long history of racial and voting discrimination against minorities.

18. The House Report on the Fannie Lou Hamer, Rosa Parks & Coretta Scott King Voting Rights Act Reauthorization and Amendments Act of 2006 provided that "[d]espite the progress made by minorities under the Voting Rights Act of 1965, the evidence before Congress reveals that 40 years has not been a sufficient amount of time to eliminate the vestiges of discrimination," that "[p]resent day discrimination experienced by racial and language minority voters is contained in evidence." And that "without the continuation of the Voting Rights Act of 1965 protections, racial and language minority citizens will be deprived of the opportunity to exercise their right to vote, or will have their votes diluted, undermining the significant gains made by minorities in the last 40 years." 2006 Act, §§ 2(b)(3), (5).

19. African American citizens requested the Louisiana Legislature to amend Act 609 seven times: House Bill 1501 of the 2001 Regular Session; House Bill 1505 of the 2001 Regular Session; House Bill 1013 of the 2004 Regular Session; Senate Bill 849 of the 2004 Regular Session; House Bill 945 of the 2006 Regular Session; House Bill 318 of the 2013 Regular Session and House Bill 198 of the 2014 Regular Session.

20. House Bill 1501 was not voted out of committee.

21. House Bill 1505 was not voted out of committee.

22. House Bill 1013 was not voted out of committee.

23. In 2004, White City Court Judges Suzan Ponder, Alex Wall, and Laura Davis testified against House Bill 1013 to protect their incumbency and to avoid a potential election against each other.

24. Senate Bill 849 was deferred.

25. House Bill 945 was deferred.

26. House Bill 318 was voted out of committee but failed to pass the full House of Representatives.

27. House Bill 198 was not voted out of committee.

28. House Bill 1151, introduced by White legislator, Erich Ponti, was voted out of committee and passed the full House of Representatives.

29. House Bill 1151 amended Act 609 to eliminate the sub-districts and return the Baton Rouge City Court to an at-large election system.

30. The Senate Amendments to House Bill 1151 amended the bill from an at-large system to a multi-member system whereby Election Section 1 would elect two judges and Election Section 2 would elect two judges and one judge would be elected from the city at large.

31. African American citizens requested the Baton Rouge Metro-Council to amend the Judicial Election Plan by submitting a resolution to the Louisiana Legislature. The Metro-Council did not submit the resolution.

32. African American citizens filed a state suit against the State of Louisiana, the Governor, the Attorney General and the Secretary of State, in the matter of *Reverend Jerry Johnson v. State of Louisiana, et al*., Civil Action No. 541,528, Div. 25, 19th

Judicial District Court, East Baton Rouge Parish, State of Louisiana, challenging the validity of the Judicial Election Plan.

33. African American citizens requested Governor Piyush "Bobby" Jindal, Attorney General James "Buddy" Caldwell, and the Louisiana Legislature to hold public hearings to amend Act 609. They all failed to hold such hearings and/or seek an amendment to Act 609.

34. Racial polarized voting exists in elections of Baton Rouge City Court.

35. The Judicial Election Plan dilutes the African American vote in the city of Baton Rouge.

Dated: June 2, 2014

**RESPECTFULLY SUBMITTED:**

  */s/ Ronald R. Johnson*
Ronald R. Johnson (La Bar Roll No. 14402)
Law Offices of Ronald R. Johnson
5550 North Foster Drive
Baton Rouge, Louisiana 70805
Telephone: (225) 356-3408
Facsimile: (225) 356-4438
ronaldjohnson@bellsouth.net

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 2nd day June, 2014, a true and correct copy of the foregoing Statement of Uncontested Material Facts was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all counsel of record.

Baton Rouge, Louisiana, this 2nd day of June, 2014.

  */s/ Ronald R. Johnson*

**RONALD R. JOHNSON**