## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

**KENNETH HALL**
           *Plaintiff,*
and

**BYRON SHARPER**
           *Plaintiff-Intervenor*,

                                    **CIVIL ACTION NO.: 3:12-cv-657**
**v.**                                        **BAJ/RLB**

**STATE OF LOUISIANA, et al**

           *Defendants.*

---

### MOTION IN *LIMINE* TO LIMIT TO LIMIT DR. RONALD WEBER
### FROM OFFERING TESTIMONY REGARDING ELECTION SYSTEM DILUTION
### AND RACIAL GERRYMANDERING

Plaintiff Kenneth Hall and Plaintiff-Intervenor Byron Sharper (hereinafter referred to as õPlaintiffsö), through undersigned counsel, files this Motion in *Limine* to Limit Dr. Ronald Weber From Offering Testimony Regarding Election System Dilution and Racial Gerrymandering as follows:

1.

Dr. Weber should be precluded from testifying to Plaintiffsø claims that the Defendantsø operation and enforcement standards, practices, or procedures for electing Baton Rouge City Court judges has a system vote dilutive effect as provided in Dr. Richard Engstromøs Supplemental Report.

2.

Dr. Weber should be precluded from testifying to Plaintiffsø claims that Act 609 (1993) operates as a racially gerrymandered election plan.

**WHEREFORE**, Plaintiff Kenneth Hall and Plaintiff-Intervenor Byron Sharper respectfully requests this Honorable Court limit Dr. Weber's report and testimony.

**RESPECTFULLY SUBMITTED:**

*The Law Office of Ronald R. Johnson*

    /s/ Ronald R. Johnson
Ronald R. Johnson (La Bar Roll No. 14402)
Law Offices of Ronald R. Johnson
5550 North Foster Drive
Baton Rouge, Louisiana70805
Telephone: (225) 356-3408
Facsimile: (225) 356-4438
ronaldjohnson@bellsouth.net

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 30th day of June, 2014, a true and correct copy of the Motion in *Limine* has been electronically filed using the Court's CM/ECF filing.  A true and correct copy of the aforementioned motion has been sent to all counsel of record by operation of the court's electronic filing system.

Baton Rouge, Louisiana, this 30th day of June, 2014.

    /s/ Ronald R. Johnson
**RONALD R. JOHNSON**